IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:01-00013 & 1:02-00007 |
| | ) | Chief Judge Haynes |
| COURTNEY ROFELLE SHYES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

A revocation hearing is set in this action for **Friday, February 28, 2014 at 4:30 p.m.**

It is so **ORDERED**.

ENTERED this the _____ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court