IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNTED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 1:02-00007; 1:01-00013 |
| | ] JUDGE HAYNES |
| COURTNEY R. SHYES | ] |

## MOTION TO CONTINUE REVOCATION HEARING

Comes now the defendant, Courtney R. Shyes, through counsel and respectfully moves this Court to grant a continuance of his supervised release revocation hearing which is currently set for February 28, 2014. In support of this motion, counsel submits that additional time is necessary for both the government and defense to evaluate the evidence relating to the charges giving rise to the instant supervised release violation. Furthermore, counsel for the government and counsel for the defendant are in the process of discussing a possible resolution to this matter and require additional time to finalize their negotiations. Counsel has discussed this motion to continue with the attorney for the government and he has no objection to the defendant's request for a continuance. Counsel would respectfully request at least two weeks to review the evidence and finalize negotiations.

Respectfully submitted,

_s/ Kelly D. Young_
KELLY D. YOUNG, 026681
1308 Rosa L. Parks Blvd.
Nashville TN 37208
(615) 254-0202

1