# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA     )

                                   )     Case Nos. 1:02-cr-0007; 1:01-cr-0013

v.                                 )     Chief Judge Haynes

                                   )

COURTNEY R. SHYES            )

## O R D E R

The revocation hearing currently set in this action for Monday, April 21, 2014 at 4:00 p.m.

is reset for **Monday, April 21, 2014 at 10:00 a.m.** in the United States Courthouse in Nashville,

Tennessee.

It is so **ORDERED**.

**ENTERED** this the _14_ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge